UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STEVE GODSEY and <br> SABRINA GODSEY, <br>     Plaintiffs, <br> v. <br> TENNESSEE HIGHWAY PATROL, <br> a part of the TENNESSEE DEPARTMENT <br> OF SAFETY, and MICHAEL D. WILLIAMS, <br> individually and in his official capacity, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )     No. 3:05-CV-124 <br> )     (Jordan/Guyton) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM AND ORDER

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 17] of the Honorable Leon Jordan, United States District Judge, for disposition of Defendant's Motion to Compel Responses to Discovery [Doc. 16].

The defendant Michael D. Williams moves the Court for an Order compelling the plaintiffs Steve Godsey and Sabrina Godsey to respond to the defendant's First Set of Interrogatories and Requests for Production of Documents, which were served the plaintiffs on April 29, 2005. [Doc. 16].

The plaintiffs failed to file a response to the defendant's motion within the time period required by E.D.TN. LR 7.1(a). "Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought." E.D.TN. LR 7.2. Accordingly, for good cause shown, Defendant's Motion to Compel Responses to Discovery [Doc. 16] is **GRANTED**. The plaintiffs

are **DIRECTED** to answer the defendant's First Set of Interrogatories and Requests for Production of Documents within twenty (20) days of the entry of this Order.

The plaintiffs are hereby put on notice that failure to cooperate in discovery and to follow the Orders of this Court may result in monetary sanctions and possibly the dismissal of this lawsuit. See Fed. R. Civ. P. 37(b)(2)(C).

**IT IS SO ORDERED.**

        **ENTER:**

          s/ H. Bruce Guyton
        United States Magistrate Judge